United States District Court
Southern District of Texas
**ENTERED**
January 24, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| GUILLERMO SENDEJO, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:16-CV-555 |
| § | |
| UNITED PROPERTY & CASUALTY § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff Guillermo Sendejo and Defendant United Property & Casualty Insurance Company's Joint Stipulation of Dismissal With Prejudice, (Dkt. No. 8), is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant United Property & Casualty Insurance Company are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Parties shall bear their own costs.

SO ORDERED this 24th day of January, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge